UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBO ROSALES CASTANEDA,<br><br>                   Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                   Defendant. | CASE NO. EDCV 13-638 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered dismissing this action without prejudice for failure to prosecute.

DATED: April 22, 2014

                                          ALICIA G. ROSENBERG
                                          United States Magistrate Judge